■ S. RUBINRAUT, Appellant, v. FEDERICO CAUSO CONSIGNATARIA SOCIEDAD ANONIMA, Respondent.— The order of Special Term denying plaintiff's motion addressed to the answer is modified to the extent that the following defenses are dismissed as insufficient: the first, second, third, fourth, fifth and sixth defenses to plaintiff's first cause of action; and the first, second, third, seventh, eighth and ninth defenses to the plaintiff's second cause of action. Although the fourth, fifth and sixth defenses to the plaintiff's second cause of action are poorly pleaded, we will allow them to stand since they do assert Cuban law and custom as a justification for the delayed sailing of the vessel. As to the defenses permitted to stand, those portions which reallege parts of defenses stricken will be deemed eliminated. The order as modified is otherwise affirmed. Settle order. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ ABRAHAM WEIDENFELD et al., Appellants, v. SEABOARD FIRE AND MARINE INSURANCE COMPANY OF NEW YORK, Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ ELIZABETH PRITZKER, Appellant-Respondent, v. BENJAMIN ZATZ, Respondent-Appellant. (Action No. 1.) BENJAMIN ZATZ, Respondent, v. ELIZABETH PRITZKER, Appellant. (Action No. 2.) — The order granting summary judgment dismissing the first cause in action No. 1, and granting summary judgment to plaintiff in action No. 2 was clearly proper since no facts were shown which could possibly raise a triable issue in view of the documentary evidence contained in the record. We go further, however, and hold that summary judgment should have been granted dismissing the second cause in action No. 1. In that cause of action plaintiff alleges that Zatz, with deliberate intent to damage and destroy the business which she had purchased, circulated among the customers a notice that he (Zatz) was engaged in another business. The notice itself however conclusively refutes plaintiff's charge and it could not possibly be construed as an attempt to damage or destroy plaintiff's business. Order modified so as to grant the motion to dismiss the second cause in action No. 1, and as thus modified, the order is affirmed, with $20 costs and disbursements. Settle order. Concur — Rabin, J. P., Frank, Valente and McNally, JJ.